**Reza NAGAHI, Plaintiff–Appellant,**

v.

**CALIFORNIA EMPLOYMENT DE-
VELOPMENT DEPARTMENT;
et al., Defendants–Appellees.**

**No. 11–17320.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 10, 2014.

Filed July 11, 2014.

Reza Nagahi, Mountain View, CA, pro se.

Susan Marie Carson, Deputy Assistant Attorney General, George Prince, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, San Francisco, CA, Charlton G. Holland, Iii, Esquire, AGCA–Office of the California Attorney General, Oakland, CA, for Defendants–Appellees.

Before: REINHARDT and THOMAS, Circuit Judges, and SESSIONS, District Judge.*

## MEMORANDUM **

The State defendants have advised the court that "[a]lthough this case has a long and complex history, the result in this Court should be short and simple: a remand to the District Court so that Petitioner Reza Nagahi might be provided with the two possible forms of relief to which he may be eligible: the appropriate measure of Additional Trade Readjustment Allowance monetary benefits to which he is entitled by statute, and a written notification regarding his application for Remedial Education benefits." Accordingly, we REVERSE and REMAND for further proceedings in accordance with the above.

---

* The Honorable William K. Sessions III, District Judge for the U.S. District Court for the District of Vermont, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.